IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GARY L. BROWN**                                                                                         **PLAINTIFF**
**ADC # 115152**

v.                                        **CASE NO. 4:15CV00423 BSM**

**PULASKI COUNTY et al.**                                                                           **DEFENDANTS**

## ORDER

The proposed findings and recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objection has been filed. After careful consideration, the RD are hereby adopted in all respects.

IT IS THEREFORE ORDERED that:

1    Plaintiff Gary Brown's complaint [Doc. No. 1] is dismissed with prejudice for failure to state a claim upon which relief may be granted.

2    Dismissal of this complaint counts as a "strike" for purposes of 28 U.S.C.§ 1915(g).

3    It is certified that an *in forma pauperis* appeal from this order or the accompanying judgment will not be taken in good faith. *See* 28 U.S.C.§ 1915(a)(3).

IT IS SO ORDERED this 24th day of August 2015.

_____
UNITED STATES DISTRICT JUDGE